UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID LONICH,<br><br>    Defendant. | Case No. 14-cr-00139-SI-1<br><br>**ORDER DENYING DEFENDANT'S EMERGENCY EX PARTE APPLICATION**<br><br>Re: Dkt. No. 194 |

Defendant David Lonich has filed an emergency ex parte application to strike portions of the Government's renewed motion (Docket No. 193), to suspend the briefing schedule on that motion, and for an immediate hearing. Docket No. 194. Having reviewed the papers filed, the Court DENIES defendant's motion. Defendant may raise his arguments in his opposition to the Government's renewed motion, and the Court will address any problems in its order on the underlying renewed motion. The briefing schedule remains the same and the hearing on the motion remains on calendar for April 28, 2016.

**IT IS SO ORDERED**.

Dated: March 30, 2016

_____
SUSAN ILLSTON
United States District Judge