UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID LONICH, *et al.*,<br><br>    Defendants. | Case No. 14-cr-00139-SI-1<br><br>**ORDER AMENDING ORDER DENYING DEFENDANT LONICH'S MOTION TO SUPPRESS**<br><br>Re: Dkt. No. 206 |

The Court amends the April 15, 2016 Order Denying Defendant Lonich's Motion to Suppress as follows: (1) the first sentence at page 18, lines 4-5 is stricken and replaced with "The government responds that Lonich's first allegation 'is a retread of a claim previously rejected by this Court, namely that if the CS was the actual owner of 101 Houseco on paper, then there could have been no fraud.' Dkt. No. 190 at 10:19-21."; (2) the first sentence at page 18, lines 14-15 is stricken and replaced with "The Court has previously rejected Lonich's contention that there could be no alleged fraud if J.H. was the owner of 101 Houseco on paper. *See* Dkt. No. 162."; and (3) the following sentence is inserted at page 18, line 22: "Further, Neely's affidavit stated that J.H. was the owner of 101 Houseco on paper. *See* Neely Aff. ¶¶ 26-30."

**IT IS SO ORDERED**.

Dated: April 29, 2016

SUSAN ILLSTON
United States District Judge