UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID LONICH,<br><br>　　　　　Defendant. | Case No.　14-cr-00139-SI-1<br><br>**ORDER RE: RELEASE OF<br>NON-PRIVILEGED DOCUMENTS** |

　　　The Court issues this order to address a question the parties raised at the status conference held on May 17, 2016. At the status conference, the Court set a briefing schedule on the motion that defendant David Lonich intends to bring regarding whether certain documents seized pursuant to the execution of the April 2014 search warrant fall outside the scope of the search warrant. As the government's trial team will be responding to the motion, the trial team requested that the Court order disclosure of certain documents that the Court previously found were not subject to the attorney-client privilege or the work-product doctrine. *See* Docket No. 213 at 17.

　　　Given that the trial team requires these documents in order to respond to Lonich's upcoming motion, and that the Court has already ruled these documents are not privileged, the Court hereby ORDERS that the government's taint team may release Documents 11, 62-64, 66-67, 69-70, 95, 100-101, 105, and 213 to the trial team.

　　　**IT IS SO ORDERED**.

Dated: May 17, 2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　United States District Judge