UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SEAN CUTTING, *et al.*,

Defendants.

Case No. 14-cr-00139-SI-1

**ORDER DENYING DEFENDANT CUTTING'S MOTION TO DISMISS ORIGINAL INDICTMENT AND ORDERING GOVERNMENT TO OBTAIN AND REVIEW FDIC-R MATERIALS**

Re: Dkt. Nos. 356, 374

On February 24, 2017, the Court held a hearing on defendant's motion to dismiss the original indictment. The Court finds no basis to dismiss the original indictment, and DENIES the motion. However, under the circumstances of this case, the Court does find it appropriate to order the prosecution to obtain all of the documents in the FDIC-R's possession, review those documents for relevance and for *Brady/Giglio*, and to produce the relevant and *Brady/Giglio* materials to defendants.[1] The government is directed to undertake this process immediately and to complete it as expeditiously as possible. No later than March 8, 2017, the government is directed to inform the Court and defendants regarding how long this process is expected to take.

**IT IS SO ORDERED**.

Dated: February 24, 2017

SUSAN ILLSTON
United States District Judge

---

[1] As discussed at the hearing, by making this proposal, the government is not conceding that its prior handling of the FDIC-R materials was deficient, and the Court makes no such finding.