UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SEAN CLARK CUTTING,<br>BRIAN SCOTT MELLAND, and<br>DAVID JOHN LONICH<br><br>　　　　Defendant(s). | Case No. 14-cr-00139-SI  (SI)<br>And Related Case No. 17-00139-SI<br>AMENDED<br>**ORDER FOR PRETRIAL PREPARATION (CRIMINAL)** |

Good cause appearing, **IT IS HEREBY ORDERED** that:

**TRIAL DATE**: On **October 10, 2017** at 8:30 a.m., Courtroom 1, 17th floor, and will be before the JURY.

**TRIAL LENGTH** is estimated to be ____ days.

**PRETRIAL CONFERENCE**:  A Pretrial Conference **SHALL** be held at **3:30 p.m.** on **September 19, 2017** in Courtroom 1.

　　The Court further orders that the parties shall comply with the pre-trial schedule set forth below:

　　　　On April 28, 2017, the defendants shall be arraigned on the new action, *United States v. Cutting et al.*, Case No. CR 17-139 SI, before the duty Magistrate Judge in advance of the status hearing on these cases before the Court at 11 a.m.

　　　　On June 16, 2017, the defendants shall file all motions to dismiss or motions pursuant to Rule 12, if any.

　　　　On June 30, 2017, the government shall respond to any motions to dismiss or motions pursuant to Rule 12 made by the defendants.

On July 7, 2017, the defendants may file a reply in further support of any motions to dismiss or motions pursuant to Rule 12.

On August 4, 2017, the Court shall conduct a hearing on any motions to dismiss or motions pursuant to Rule 12.

On August 22, 2017, the government, in compliance with the Court's standing Order for Pretrial Preparation (Criminal), shall file its (1) trial memorandum, (2) witness list, and (3) exhibit list.

On August 22, 2017, after conferring, the parties shall file: (1) proposed jury instructions; (2) a proposed verdict form; and (3) a proposed jury questionnaire.

On August 29, 2017, each defendant, in compliance with the Court's standing Order for Pretrial Preparation (Criminal), may file (1) a trial memorandum, (2) a witness list, and (3) an exhibit list.

On September 5, 2017, after conferring, the parties shall file motions *in limine*.

On September 12, 2017, the parties shall respond to any motions *in limine.*

**COPIES**: Each document filed or lodged with the Court must be accompanied by a **three-hole punched** copy for use in the Judge's chambers. In addition, one copy of the witness and exhibit lists should be furnished to the court reporter.

**TRANSCRIPTS**: If transcripts will be requested during or immediately after trial, arrangements must be made with the court reporter at least one week before trial commences. If a daily transcript and/or real-time reporting is needed, the parties shall make arrangements with Richard Duvall, Court Reporter Supervisor, at (415) 522-2079 or Richard Duvall@cand.uscourts.gov at least fourteen days before trial commences.

**CHANGE OF PLEA**: Counsel **SHALL** give prompt notice to the United States Attorney and to the Court of any intention to change a previously entered not guilty plea.

**EXHIBITS**: Upon the conclusion of the trial, the admitted exhibits are filed by the Court. The exhibits not admitted are returned to counsel.

**IT IS SO ORDERED**.

Dated:     4/28/17

_____
SUSAN ILLSTON
United States District Judge

2