COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Phone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Defendant
DAVID LONICH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>DAVID LONICH,<br><br>           Defendant. | Case No. 14 Cr. 139 SI<br><br>STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; [PROPOSED] ORDER<br><br>Before the Honorable Maria Elena James<br>United States Magistrate Judge |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | WHEREAS, defendant David Lonich has been on pretrial release, without incident, since |
| 3 | April 2014; |
| 4 | WHEREAS, this case has been consolidated with a related nine-count indictment filed |
| 5 | as Case No. 17 Cr. 139 SI, and both indictments are scheduled to be tried together, commencing |
| 6 | October 10, 2017; |
| 7 | WHEREAS, the terms of Mr. Lonich's pretrial release permit him to travel throughout |
| 8 | the State of California for business purposes; |
| 9 | WHEREAS, Mr. Lonich needs to travel to the State of Nevada for business purposes; |
| 10 | WHEREAS, counsel for the Government and Mr. Lonich's pretrial services officer have |
| 11 | no objection to modifying his release conditions to allow Mr. Lonich to travel to the State of |
| 12 | Nevada; |
| 13 | THE PARTIES HEREBY STIPULATE AND AGREE that the Court should modify the |
| 14 | terms of conditions of Mr. Lonich's pretrial release to permit Mr. Lonich to travel throughout |
| 15 | California and Nevada, on condition that he provide a complete travel itinerary to his pretrial |
| 16 | services officer in advance of such travel, and his pretrial services officer approves such travel in |
| 17 | advance. |
| 18 | IT IS SO STIPULATED. |
| 19 | DATED: June 2, 2017             /s/ |
| | ETHAN A. BALOGH |
| 20 | Attorney for Defendant David Lonich |
| 21 | |
| 22 | DATED: June 2, 2017             /s/ |
| | ROBERT REES |
| | ADAM REEVES |
| 23 | Assistant United States Attorneys |
| 24 | |
| 25 | *The filing attorney certifies that he has received written authorization to file this Stipulation and [Proposed] Order on behalf of the non-filing attorney. |
| 26 | |
| 27 | |
| 28 | |

1

**[PROPOSED] ORDER**

Based upon the foregoing Stipulation to Modify Conditions of Pretrial Release, and for good cause shown, IT IS HEREBY ORDERED that the conditions of Defendant David Lonich's pretrial release shall be modified to permit Mr. Lonich to travel throughout the State of California and the State of Nevada on condition that he provide a complete travel itinerary to, and obtain approval from, his United States Pretrial Services Officer prior to any departure from the Northern District of California. All of the remaining conditions of Mr. Lonich's pretrial release shall remain in full effect.

IT IS SO ORDERED.

Dated: June 7, 2017

_____
THE HONORABLE MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE**

I, Ethan A. Balogh, certify that on June 2, 2017, I served all parties in this matter by causing the preceding pleading to be filed electronically, as set forth by Local Rule 5-1. I further certify that I have served a copy of the foregoing pleading on United States Pretrial Services Officer Carol Mendoza via electronic mail.

Dated: June 2, 2017

*/s/ E A Balogh*
ETHAN A. BALOGH