UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br>　　v.<br>SEAN CUTTING, *et al.*,<br>　　　　　　　Defendants. | Case No. 14-cr-00139-SI-1<br><br>**ORDER RE: SCHEDULE FOR GOVERNMENT'S WITNESS AND EXHIBIT DISCLOSURES AND RE: FILING OF JURY INSTRUCTIONS** |

After consideration of the parties' arguments as set forth in defendant Lonich's emergency motion and at the hearing on October 24, 2017, and in the interest of facilitating an efficient trial process as well as adequate preparation by defense counsel, the Court hereby orders the government to provide trial witness and exhibit disclosures as follows:

1. On a rolling basis, the government shall inform defense counsel of its next 10 witnesses by 5 p.m. on each trial day. Thus, after a government witness has concluded his or her testimony, the government shall augment its witness disclosures by notifying the defense of the next 10 government witnesses.

2. The government shall provide a list of the exhibits (including co-conspirator statements, identified as such) that it intends to seek to introduce for each witness as follows: Monday and Tuesday witnesses, by the preceding Friday at noon; Wednesday witnesses, by the preceding Monday at noon; and Thursday witnesses, by the preceding Tuesday at noon.

Finally, as the parties are aware, the Court's final pretrial order directed the parties to file by October 20, 2017, "a single set of proposed jury instructions that includes: (1) the agreed-upon standard Ninth Circuit instructions, including any agreed-upon revisions thereto; (2) any agreed-upon additional instructions, including the instructions approved in this order and discussed *infra*;

and (3) for any remaining disputed instructions, a statement of the instruction and supporting authority as well as the objections thereto and supporting authority." Dkt. No. 471 at 2:15-19. The parties did not do so, and instead informed the Court on the first day of trial that they did not file the aforementioned ordered instructions because of disputes between counsel. However, as the pretrial order makes clear, the Court anticipated that that the parties would not be able to agree on all instructions, and nevertheless ordered the parties to submit a single set of proposed jury instructions that reflected what had been agreed upon, and for any disputes, a statement of the proposed instructions, objections and supporting authority. **The parties are directed to comply with the final pretrial order and file the proposed jury instructions no later than Friday October 27, 2017 at noon**.

**IT IS SO ORDERED**.

Dated: October 24, 2017

SUSAN ILLSTON
United States District Judge

2