UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>SEAN CUTTING, *et al.*,<br>　　　　　Defendants. | Case No. 14-cr-00139-SI-1<br><br>**ORDER RE: IN CAMERA REVIEW OF DBO DOCUMENTS** |

This morning the Court received documents from the California Department of Business Oversight. Having conducted the in camera review of the documents that defendants requested, the Court is of the preliminary view that the documents are covered by the attorney-client privilege for the reasons stated in the DBO privilege log. If defendants wish to file any further briefing on this matter, they may do so.

**IT IS SO ORDERED**.

Dated: November 17, 2017

_____
SUSAN ILLSTON
United States District Judge