UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>SEAN CUTTING, BRIAN MELLAND, AND DAVID LONICH,<br>　　　　　Defendants. | Case No. 14-cr-00139-SI-1<br><br>**ORDER RE: JURY INSTRUCTIONS** |

　　　　The Court has issued revised jury instructions, following the hearing on November 30, 2017. In addition to the instructions discussed at the hearing, the Court has made the following changes.

　　　　The Court has removed the instruction on "Statements by Defendants" (formerly Instruction No. 12). As the Comment to Ninth Circuit Model Instruction No. 4.1 indicates, this instruction relates to confessions and therefore is not relevant to the evidence presented in this case.

　　　　The Court will give an instruction on Withdrawal from Conspiracy, as defendants requested. The Court will give Ninth Circuit Model Instruction No. 8.24, incorporated herein at Instruction No. 24.

　　　　The Court modifies the instruction on Attempted Obstruction of Justice, Instruction No. 35 (formerly Instruction No. 40). To track the language of the statute, 18 U.S.C. § 1512(c), the Court has eliminated the language "knowingly and" from the second element. Upon further consideration, the Court will now define corruptly using the second sentence of the defendants' proposed instruction. *See* Case No. 14-cr-0139, Dkt. No. 518 at 48.

The Court has moved certain instructions regarding jury deliberations. Instructions formerly numbered 22-25 are now located at Instruction Nos. 39-42.

**IT IS SO ORDERED**.

Dated: December 1, 2017

_____
SUSAN ILLSTON
United States District Judge