UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SEAN CUTTING, BRIAN MELLAND, and DAVID LONICH,<br><br>　　　　Defendants. | Case No. 14-cr-00139-SI<br>Case No. 17-cr-00139-SI<br><br>**VERDICT FORM** |

**COUNT ONE: 18 U.S.C. § 371 (Conspiracy to Commit Bank Fraud)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| SEAN CUTTING | _____ | _____ |
| BRIAN MELLAND | _____ | _____ |
| DAVID LONICH | _____ | _____ |

of Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 371.

**COUNT TWO: 18 U.S.C. §§ 1344 and 2 (Bank Fraud)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| SEAN CUTTING | _____ | _____ |
| BRIAN MELLAND | _____ | _____ |
| DAVID LONICH | _____ | _____ |

of Bank Fraud, in violation of 18 U.S.C. §§ 1344 and 2.

**COUNT THREE: 18 U.S.C. §§ 1005 and 2 (False Bank Entries and Reports)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|                | GUILTY | NOT GUILTY |
|----------------|--------|------------|
| SEAN CUTTING   | _____ | _____ |
| BRIAN MELLAND  | _____ | _____ |

of False Bank Entries and Reports, in violation of 18 U.S.C. §§ 1005 and 2, specifically, the Credit Request Form, signed by CUTTING and MELLAND, dated on or about December 19, 2007.

**COUNT FOUR: 18 U.S.C. §§ 1005 and 2 (False Bank Entries and Reports)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|                | GUILTY | NOT GUILTY |
|----------------|--------|------------|
| SEAN CUTTING   | _____ | _____ |
| BRIAN MELLAND  | _____ | _____ |

of False Bank Entries and Reports, in violation of 18 U.S.C. §§ 1005 and 2, specifically, the Credit Request Form, initialed by MELLAND, dated on or about January 2, 2008.

**COUNT FIVE: 18 U.S.C. §§ 1005 and 2 (False Bank Entries and Reports)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|                | GUILTY | NOT GUILTY |
|----------------|--------|------------|
| SEAN CUTTING   | _____ | _____ |
| BRIAN MELLAND  | _____ | _____ |

of False Bank Entries and Reports, in violation of 18 U.S.C. §§ 1005 and 2, specifically, the Credit Request Form, signed by CUTTING and MELLAND, dated on or about April 4, 2008.

**COUNT SIX: 18 U.S.C. § 371 (Conspiracy to Make False Statements to the FDIC)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|                | GUILTY | NOT GUILTY |
|----------------|--------|------------|
| SEAN CUTTING   | _____ | _____ |
| BRIAN MELLAND  | _____ | _____ |

of Conspiracy to Make False Statements to the FDIC, in violation of 18 U.S.C. § 371.

**COUNT SEVEN: 18 U.S.C. §§ 656 and 2 (Misapplication of Bank Funds)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|                | GUILTY | NOT GUILTY |
|----------------|--------|------------|
| SEAN CUTTING   | _____ | _____ |
| BRIAN MELLAND  | _____ | _____ |

of Misapplication of Bank Funds, in violation of 18 U.S.C. §§ 656 and 2.

**COUNT EIGHT: 18 U.S.C. §§ 1007 and 2 (False Statements to the FDIC)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|                | GUILTY | NOT GUILTY |
|----------------|--------|------------|
| SEAN CUTTING   | _____ | _____ |
| BRIAN MELLAND  | _____ | _____ |

of False Statements to the FDIC, in violation of 18 U.S.C. §§ 1007 and 2.

**COUNT NINE: 18 U.S.C. § 215 (Receipt of Gifts for Procuring Loans)**

We, the jury, in the above-entitled case, unanimously find the defendant:

|                | GUILTY | NOT GUILTY |
|----------------|--------|------------|
| BRIAN MELLAND  | _____ | _____ |

of Receipt of Gifts for Procuring Loans, in violation of 18 U.S.C. § 215.

1 **COUNT TEN: 18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|   | GUILTY | NOT GUILTY |
|---|---|---|
| SEAN CUTTING | _____ | _____ |
| BRIAN MELLAND | _____ | _____ |
| DAVID LONICH | _____ | _____ |

of Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349.

**COUNT ELEVEN: 18 U.S.C. §§ 1343 and 2 (Wire Fraud)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|   | GUILTY | NOT GUILTY |
|---|---|---|
| SEAN CUTTING | _____ | _____ |
| BRIAN MELLAND | _____ | _____ |
| DAVID LONICH | _____ | _____ |

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2, specifically, an email from LONICH to K.D. of The Debt Exchange, Boston, Massachusetts, with an attached letter from the Law Office of David Lonich, dated on or about March 12, 2009. (Exh. 746)

**COUNT TWELVE: 18 U.S.C. §§ 1343 and 2 (Wire Fraud)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|   | GUILTY | NOT GUILTY |
|---|---|---|
| SEAN CUTTING | _____ | _____ |
| BRIAN MELLAND | _____ | _____ |
| DAVID LONICH | _____ | _____ |

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2, specifically, an email from LONICH to K.D. and cc'ing J.H. with an attached letter from the Law Office of David Lonich, dated on or about March 12, 2009. (Exh. 748)

**COUNT THIRTEEN: 18 U.S.C. §§ 1343 and 2 (Wire Fraud)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| SEAN CUTTING | _____ | _____ |
| BRIAN MELLAND | _____ | _____ |
| DAVID LONICH | _____ | _____ |

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2, specifically, a fax by J.H., from Florida to Massachusetts, to K.D. containing a Purchaser Eligibility Certification to bid on FDIC's IndyMac Note, dated on or about March 12, 2009. (Exh. 755)

**COUNT FOURTEEN: 18 U.S.C. §§ 1343 and 2 (Wire Fraud)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| SEAN CUTTING | _____ | _____ |
| BRIAN MELLAND | _____ | _____ |
| DAVID LONICH | _____ | _____ |

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2, specifically, a wire transfer of $320,021.19 from Sonoma Valley Bank, 101 Houseco account ending in 3555 to Citibank, N.A., Debt Exchange account ending in 0144 for the purchase of FDIC's IndyMac Note, dated on or about March 23, 2009. (Exh. 2533)

**COUNT FIFTEEN: 18 U.S.C. §§ 1343 and 2 (Wire Fraud)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| SEAN CUTTING | _____ | _____ |
| BRIAN MELLAND | _____ | _____ |
| DAVID LONICH | _____ | _____ |

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2, specifically, a wire transfer of $3,780,190.70 from Sonoma Valley Bank to Citibank, N.A. Debt Exchange account ending in 0144 for the purchase of FDIC's IndyMac Note, dated on or about March 30, 2009. (Exh. 2533)

**COUNT SIXTEEN: 18 U.S.C. §§ 1343 and 2 (Wire Fraud)[1]**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| SEAN CUTTING | _____ | _____ |
| BRIAN MELLAND | _____ | _____ |
| DAVID LONICH | _____ | _____ |

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2, specifically, an email from LONICH to Terra Capital Partners, New York, dated on or about October 18, 2010. (Exh. 2076)

---

[1] Note: Counts Seventeen and Eighteen deliberately omitted.

**COUNT NINETEEN: 18 U.S.C. §§ 1957 and 2 (Money Laundering)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| SEAN CUTTING | _____ | _____ |
| BRIAN MELLAND | _____ | _____ |
| DAVID LONICH | _____ | _____ |

of Money Laundering, in violation of 18 U.S.C. §§ 1957 and 2, specifically, check # 85835 in the amount of $100,000, drawn on Vineyard Bank account number ending in 9659 held in the name of House Construction and deposited into Bank of America account number ending in 3537, held in the name of Masma Construction, dated on or about March 29, 2009.

**COUNT TWENTY: 18 U.S.C. §§ 1957 and 2 (Money Laundering)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| SEAN CUTTING | _____ | _____ |
| BRIAN MELLAND | _____ | _____ |
| DAVID LONICH | _____ | _____ |

of Money Laundering, in violation of 18 U.S.C. §§ 1957 and 2, specifically, a wire transfer in the amount of $355,000, drawn on Vineyard Bank account number ending in 9659 held in the name of House Construction and deposited into Bank of America account number ending in 3537, held in the name of Masma Construction, dated on or about April 2, 2009.

**COUNT TWENTY-ONE: 18 U.S.C. §§ 1957 and 2 (Money Laundering)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| SEAN CUTTING | _____ | _____ |
| BRIAN MELLAND | _____ | _____ |
| DAVID LONICH | _____ | _____ |

of Money Laundering, in violation of 18 U.S.C. §§ 1957 and 2, specifically, a wire transfer in the amount of $290,000, drawn on Vineyard Bank account number ending in 9659 held in the name of House Construction and deposited into Bank of America account number ending in 3537, held in the name of Masma Construction, dated on or about April 29, 2009.

**COUNT TWENTY-TWO: 18 U.S.C. §§ 1957 and 2 (Money Laundering)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| SEAN CUTTING | _____ | _____ |
| BRIAN MELLAND | _____ | _____ |
| DAVID LONICH | _____ | _____ |

of Money Laundering, in violation of 18 U.S.C. §§ 1957 and 2, specifically, a wire transfer in the amount of $1,194,000, drawn on Vineyard Bank account number ending in 9659 held in the name of House Construction and deposited into Bank of America account number ending in 3537, held in the name of Masma Construction, dated on or about May 8, 2009.

**COUNT TWENTY-THREE: 18 U.S.C. §§ 1957 and 2 (Money Laundering)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| SEAN CUTTING | _____ | _____ |
| BRIAN MELLAND | _____ | _____ |
| DAVID LONICH | _____ | _____ |

of Money Laundering, in violation of 18 U.S.C. §§ 1957 and 2, specifically, a wire transfer in the amount of $195,000, drawn on Vineyard Bank account number ending in 9659 held in the name of House Construction and deposited into Bank of America account number ending in 3537, held in the name of Masma Construction, dated on or about June 8, 2009.

**COUNT TWENTY-FOUR: 18 U.S.C. §§ 1957 and 2 (Money Laundering)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| SEAN CUTTING | _____ | _____ |
| BRIAN MELLAND | _____ | _____ |
| DAVID LONICH | _____ | _____ |

of Money Laundering, in violation of 18 U.S.C. §§ 1957 and 2, specifically, a wire transfer in the amount of $63,047.56, drawn on Vineyard Bank account number ending in 9659 held in the name of House Construction and deposited into Bank of America account number ending in 3537, held in the name of Masma Construction, dated on or about July 8, 2009.

**COUNT TWENTY-FIVE: 18 U.S.C. §§ 1957 and 2 (Money Laundering)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| SEAN CUTTING | _____ | _____ |
| BRIAN MELLAND | _____ | _____ |
| DAVID LONICH | _____ | _____ |

of Money Laundering, in violation of 18 U.S.C. §§ 1957 and 2, specifically, a wire transfer in the amount of $175,000, drawn on Bank of America account number ending in 7210, held in the name of 101 Houseco and deposited into Bank of America account number ending in 3537, held in the name of Masma Construction, dated on or about September 10, 2009.

**COUNT TWENTY-SIX: 18 U.S.C. §§ 1957 and 2 (Money Laundering)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| SEAN CUTTING | _____ | _____ |
| BRIAN MELLAND | _____ | _____ |
| DAVID LONICH | _____ | _____ |

of Money Laundering, in violation of 18 U.S.C. §§ 1957 and 2, specifically, check # 1000 in the amount of $175,000, drawn on Bank of America account number ending in 7210, held in the name of 101 Houseco and deposited into Bank of America account number ending in 3537, held in the name of Masma Construction, dated on or about September 15, 2009.

**COUNT TWENTY-SEVEN: 18 U.S.C. §§ 1957 and 2 (Money Laundering)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| SEAN CUTTING | _____ | _____ |
| BRIAN MELLAND | _____ | _____ |
| DAVID LONICH | _____ | _____ |

of Money Laundering, in violation of 18 U.S.C. §§ 1957 and 2, specifically, a teller deposit in the amount of $100,000, drawn on Bank of America account number ending in 7210, held in the name of 101 Houseco and deposited into Bank of America account number ending in 3537, held in the name of Masma Construction, dated on or about September 17, 2009.

**COUNT TWENTY-EIGHT: 18 U.S.C. §§ 1957 and 2 (Money Laundering)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| SEAN CUTTING | _____ | _____ |
| BRIAN MELLAND | _____ | _____ |
| DAVID LONICH | _____ | _____ |

of Money Laundering, in violation of 18 U.S.C. §§ 1957 and 2, specifically, check # 1016 in the amount of $500,000, drawn on Bank of America account number ending in 7210, held in the name of 101 Houseco and deposited into Bank of America account number ending in 3537, held in the name of Masma Construction, dated on or about October 27, 2009.

**COUNT TWENTY-NINE: 18 U.S.C. §§ 1957 and 2 (Money Laundering)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| SEAN CUTTING | _____ | _____ |
| BRIAN MELLAND | _____ | _____ |
| DAVID LONICH | _____ | _____ |

of Money Laundering, in violation of 18 U.S.C. §§ 1957 and 2, specifically, check # 1018 in the amount of $186,000, drawn on Bank of America account number ending in 7210, held in the name of 101 Houseco and deposited into Bank of America account number ending in 3537, held in the name of Masma Construction, dated on or about October 30, 2009.

**COUNT THIRTY: 18 U.S.C. §§ 1957 and 2 (Money Laundering)[2]**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| SEAN CUTTING | _____ | _____ |
| BRIAN MELLAND | _____ | _____ |
| DAVID LONICH | _____ | _____ |

of Money Laundering, in violation of 18 U.S.C. §§ 1957 and 2, specifically, check # 1030 in the amount of $69,500, drawn on Bank of America account number ending in 7210, held in the name of 101 Houseco and deposited into Bank of America account number ending in 3537, held in the name of Masma Construction, dated on or about November 30, 2009.

---

[2] Note: Count Thirty One deliberately omitted.

12

**COUNT THIRTY-TWO: 18 U.S.C. §§ 1005 and 2 (False Bank Entries)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| SEAN CUTTING | _____ | _____ |
| BRIAN MELLAND | _____ | _____ |
| DAVID LONICH | _____ | _____ |

of False Bank Entries, in violation of 18 U.S.C. §§ 1005 and 2, specifically, a letter on Sonoma Valley Bank letterhead, signed by CUTTING, dated on or about October 28, 2009. (Exh. 2498)

**COUNT THIRTY-THREE: 18 U.S.C. §§ 1005 and 2 (False Bank Entries)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| SEAN CUTTING | _____ | _____ |
| BRIAN MELLAND | _____ | _____ |
| DAVID LONICH | _____ | _____ |

of False Bank Entries, in violation of 18 U.S.C. §§ 1005 and 2, specifically, a letter on Sonoma Valley Bank letterhead, signed by CUTTING, dated on or about October 28, 2009. (Exh. 2498)

**COUNT THIRTY-FOUR: 18 U.S.C. §§ 1005 and 2 (False Bank Entries)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| SEAN CUTTING | _____ | _____ |
| BRIAN MELLAND | _____ | _____ |
| DAVID LONICH | _____ | _____ |

of False Bank Entries, in violation of 18 U.S.C. §§ 1005 and 2, specifically, a letter on Sonoma Valley Bank letterhead, signed by CUTTING, dated on or about November 10, 2009. (Exh. 2498)

**COUNT THIRTY-FIVE: 18 U.S.C. §§ 1005 and 2 (False Bank Entries)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| SEAN CUTTING | _____ | _____ |
| BRIAN MELLAND | _____ | _____ |
| DAVID LONICH | _____ | _____ |

of False Bank Entries, in violation of 18 U.S.C. §§ 1005 and 2, specifically, a letter on Sonoma Valley Bank letterhead, signed by CUTTING, dated on or about November 12, 2009. (Exh. 1749)

**COUNT THIRTY-SIX: 18 U.S.C. §§ 1005 and 2 (False Bank Entries)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| SEAN CUTTING | _____ | _____ |
| BRIAN MELLAND | _____ | _____ |
| DAVID LONICH | _____ | _____ |

of False Bank Entries, in violation of 18 U.S.C. §§ 1005 and 2, specifically, a letter on Sonoma Valley Bank letterhead, signed by CUTTING, dated on or about November 17, 2009. (Exh. 1749)

**COUNT THIRTY-SEVEN: 18 U.S.C. §§ 1512(c) and 2 (Attempted Obstruction of Justice)**

We, the jury, in the above-entitled case, unanimously find the defendant:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DAVID LONICH | _____ | _____ |

of Attempted Obstruction of Justice, in violation of 18 U.S.C. §§ 1512(c) and 2.

DATED: _____      _____
                                                              FOREPERSON