Cases 14 cr 0139 and 17 cr 0139 -- proposed answer to juror question of December 11, 2017

You have asked:  Re Count 10:  Does conspiracy have to have been committed against all listed agencies or just one to satisfy what is called a conspiracy.

Count 10 alleges conspiracy to commit wire fraud.  Counts 11 through 16 allege specific acts of wire fraud, against different entities.

I will refer you back to the instructions given.

Instruction 23 concerns Count 10's  conspiracy to commit wire fraud, and it has two parts.

**COUNT TEN: CONSPIRACY TO COMMIT WIRE FRAUD**

Defendants Cutting, Melland and Lonich are charged in Count Ten of the indictment with conspiring to commit wire fraud in violation of Section 1349 of Title 18 of the United States Code. In order for the defendants to be found guilty of conspiracy to commit wire fraud, the government must prove each of the following elements beyond a reasonable doubt:

First, beginning in or about 2009, and ending in or about 2012, there was an agreement between two or more persons to commit wire fraud against DebtX, as an agent of the FDIC; other bidders through DebtX on the IndyMac loan; Fannie Mae and Freddie Mac; and Terra Capital Partners and CBRE Capital Markets, Inc. (detailed instructions on wire fraud will follow at Instruction No. 28); and

Second, the defendants became members of the conspiracy knowing of at least one of its objects and intending to help accomplish it.

Instruction 24 concerns conspiracies generally.  Among other things it says:

**COUNTS ONE, SIX, AND TEN: CONSPIRACY GENERALLY**

As to Counts One, Six, and Ten, a conspiracy is a kind of criminal partnership—an agreement of two or more persons to commit one or more crimes.  The crime of conspiracy is the agreement to do something unlawful; it does not matter whether the crime agreed upon was committed.

For a conspiracy to have existed, it is not necessary that the conspirators made a formal agreement or that they agreed on every detail of the conspiracy. It is not enough, however, that they simply met, discussed matters of common interest, acted in similar ways, or perhaps helped one another.  You must find that there was a plan to commit at least one of the crimes alleged in the indictment as an object of the conspiracy with all of you agreeing as to the particular crime which the conspirators agreed to commit.

One becomes a member of a conspiracy by willfully participating in the unlawful plan with the intent to advance or further some object or purpose of the conspiracy, even though the person does not have full knowledge of all the details of the conspiracy.  Furthermore, one who willfully joins an existing conspiracy is as responsible for it as the originators.  On the other hand, one who has no knowledge of a conspiracy, but happens to act in a way which furthers some object or purpose of the conspiracy, does not thereby become a conspirator. Similarly, a person does not become a conspirator merely by associating with one or more persons who are conspirators, nor merely by knowing that a conspiracy exists.

All of the instructions are important; don't concentrate on any one and ignore any others.