# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEAN CUTTING, BRIAN MELLAND, and DAVID LONICH,<br><br>Defendants. | Case No. 14-cr-00139-SI-1<br><br>Case No. 17-cr-00139 SI<br><br>**ORDER RE: DEFENDANT LONICH'S EX PARTE MOTION TO SEVER AND ADVANCE RESTITUTION HEARING**<br><br>Re: Dkt. No. 774; Dkt. No. 319 |

The Court has reviewed defendant Lonich's ex parte motion and the government's opposition. The restitution hearing in this case is currently scheduled for September 18, 2018. Defendant Lonich seeks to advance the restitution hearing with regard to himself and defendant Cutting to Friday, September 14, 2018, at 11:00 a.m., and to keep the September 18 hearing for defendant Melland. The government objects on procedural and substantive grounds.

The Court finds that it is not in the interest of judicial efficiency to have two restitution hearings. The Court directs counsel to meet and confer to select a new hearing date that accommodates all counsel. The Court advises counsel that the following dates are available: September 11-14; September 17-20; September 26-28; October 1-5; and October 25-26. No later than September 7, 2018, counsel shall notify the Court's courtroom deputy, Tracy Kasamoto, regarding the rescheduled date.

**IT IS SO ORDERED**.

Dated: September 4, 2018

SUSAN ILLSTON
United States District Judge