UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID LONICH, *et al.*,<br><br>Defendants. | Case No. 14-cr-00139-SI-1<br><br>**ORDER DISMISSING 101 HOUSECO'S PETITION CHALLENGING FORFEITURE**<br><br>Re: Dkt. No. 777 |

On September 28, 2018, the Court held a hearing on 101 Houseco's petition in opposition to the forfeiture of Park Lane Villas East. 101 Houseco's petition raises the same arguments that the Court has already considered and rejected in the litigation regarding the forfeiture of Park Lane Villas East. For the reasons set forth in the Court's prior order, the Court finds that defendant Lonich has a forfeitable interest in Park Lane Villas East and that 101 Houseco, LLC does not have a valid interest in that property. *See generally* Dkt. No. 745. Accordingly, the Court DISMISSES 101 Houseco's petition challenging the forfeiture.

**IT IS SO ORDERED**.

Dated: September 28, 2018

_____
SUSAN ILLSTON
United States District Judge