UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID LONICH, *et al.*,<br><br>　　　　　Defendants. | Case No. 14-cr-00139-SI-1<br>Case No. 17-cr-00319 SI (Dkt. No. 476)<br><br>**ORDER AMENDING COMPASSIONATE RELEASE ORDER; INDICATIVE RULING PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 37(A)**<br><br>Re: Dkt. No. 1000 |

　　　　In an order filed April 28, 2021, the Court granted defendant David Lonich's motion for compassionate release. On April 30, 2021, the government filed a motion for reconsideration of that order. The government largely repeated arguments that it had already made, either in the briefing or at the April 23, 2021 hearing. The government also incorrectly asserted that the Court's order relied on newspaper articles that defense counsel read at the April 23 hearing; the Court's order explicitly stated that it did not. *See* Dkt. No. 998 at 5 n.4.

　　　　However, the government's motion for reconsideration cited – for the first time – case law holding that a criminal defendant's pending merits appeal confines "the District Court's jurisdiction to decide the compassionate release motion . . . to denying it, indicating that it presents a substantial issue, or indicating that it would be granted if [the appellate court] were to remand the case to the District Court for that purpose." *United States v. Pawlowski*, 967 F.3d 327, 329 n.4 (3d Cir. 2020); *see also United States v. Barrett*, 834 Fed. App'x 264, 265 (7th Cir. 2021) (affirming denial of compassionate release motion where defendant had pending criminal appeal and stating, "If a party moves for relief in the district court that the court lacks authority to grant because of a pending appeal, Federal Rule of Criminal Procedure 37(a) provides the court with three options. The court

may (1) defer considering the motion; (2) deny the motion; or (3) state either 'that it would grant the motion if the court of appeals remands for that purpose,' or 'that the motion raises a substantial issue.'").

Accordingly, the Court AMENDS the prior order to state that pursuant to Federal Rule of Criminal Procedure 37(a), this Court would grant defendant Lonich's motion for compassionate release for the reasons stated in the April 28 order if the Court of Appeals remands for that purpose.

**IT IS SO ORDERED**.

Dated: May 4, 2021

_____
SUSAN ILLSTON
United States District Judge